UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

BPP, Inc., et al.
                    Plaintiff,
v.                                              Case No.: 1:21−cv−06027
                                                Honorable Sharon Johnson Coleman

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 3, 2021:

MINUTE entry before the Honorable Sharon Johnson Coleman: Case was called at the scheduled time of 10:15 AM for presentment of plaintiff's ex parte motion for entry of a temporary restraining order [11]. Counsel for plaintiff was not on the call. The Court recalled the matter after 10:30 AM, again counsel was not on the call nor did he contact the Court. The Court strikes the motion. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.