**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BPP, Inc. | ) | |
| | ) | Case No. 21-cv-6027 |
| v. | ) | |
| | ) | Judge:  Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Sunil R. Harjani |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR
EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER**

Plaintiff BPP, Inc.seeks entry of a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF granted on December 9, 2021 [Docket #25] which is set to expire on December 23, 2021.

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet platforms to identify and obtain contact information for the Doe Defendants, but need more time to assemble the contact information and effect service. To date, approximately 10% of the Doe Defendant's contact information has been located.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, until January 6, 2022, at which time the Plaintiff shall present a motion for a Preliminary Injunction.

Dated this 17th Day of December 2021.                    Respectfully submitted,

By:      s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com