**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title:                                    Case Number:

The Partnerships and Unincorporated Associations Identified on Schedule "A"
An appearance is hereby filed by the undersigned as attorney for:


Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                                 Telephone Number:
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | No |
| Are you acting as local counsel in this case? | Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | No |

If this is a criminal case, check your status.    Retained Counsel

                                                 Appointed Counsel
                                                 If appointed counsel, are you
                                               a   Federal Defender

                                                 CJA Panel Attorney
_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:    S/_____
                       (Use electronic signature if the appearance form is filed electronically.)

                                                              Revised  8/1/2015

**ATTACHMENT**

**(Identified on Schedule "A")**

**Wayeept**

**Way-Way**

**Home Dailey**

**Enjoyonline**

**HYWJ Store**

**LUXVERT**

**LEVINCHY**

**JCGD**