**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Bear Paw Products, Inc. )
 )  Case No. 21-cv-6027
v. )
 )  Judge:  Hon. Sharon Johnson Coleman
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS )  Magistrate: Hon. Sunil R. Harjani
IDENTIFIED ON SCHEDULE A )
 )

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Bear Paw Products, Inc. ("Bear Paws")

against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's

Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of

Default and Default Judgment against the defendants not already dismissed, identified in

Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of the BEAR PAWS mark, U.S. Reg. No. 1681242 (the "Mark).

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the BEAR PAWS trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Sprindale

product or not authorized by Plaintiff to be sold in connection with the BEAR PAWS Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Sprindale product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Sprindale and approved by Plaintiff for sale under the BEAR PAWS Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Sprindale, or are sponsored by, approved by, or otherwise connected with Sprindale;

d. further infringing the BEAR PAWS trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the BEAR PAWS trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the BEAR PAWS trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a

genuine Sprindale product or not authorized by Sprindale to be sold in connection with the BEAR PAWS trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of the BEAR PAWS trademark; and

j. using images covered by the PLAINTIFF's Copyrights or any of PLAINTIFF's original photographs that Sprindale uses to advertise the sale of original Sprindale products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the BEAR PAWS Trademark, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One Hundred Thousand Dollars (U.S.) and No Cents ($100,000.00) for using counterfeit BEAR PAWS Trademark on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram,

4

Western Union and any of their subsidiaries (collectively the "Payment Processors")

shall, within two (2) business days of receipt of this Order, permanently restrain and

enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants'

Infringing webstores/websites identified in Schedule "A", except those dismissed, from

transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including

monies held by the Platforms or the Payment Processors are hereby released to Plaintiff

as partial payment of the above-identified damages, and are ordered to release to Plaintiff

the amounts from Defaulting Defendants' Platform or Payment Processor accounts within

ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the

Payment Processors in the event that any new accounts controlled or operated by

Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the

Payment Processors shall within two (2) business days:

    i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting

    Defendants' Infringing webstores/websites, including, but not limited to, any

    accounts connected to the information listed in Schedule "A" of the Complaint, the

    e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and

    any e-mail addresses provided for Defaulting Defendants by third parties;

    ii. Restrain and enjoin such accounts or funds from transferring or disposing of any

    money or other of Defaulting Defendants' assets; and

iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in

Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated: 3/7/2022

Sharon Johnson Coleman
United States District Judge

**Appendix A**

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Adxin Trade (Shenzhen) Co., Ltd. | adxin-sz |
| 2 | Shitai County Renli Town Misijia E-Business | ahmsj-gift |
| 3 | Shenzhen Benhaida Rubber & Plastic Products Co., Ltd. | benhaida |
| 4 | Yangjiang Yardfun Household Products Co., Ltd. | bescook |
| 5 | Bazhou Haizhizhang Household Products Co., Ltd. | bzhzz |
| 6 | Quanzhou Qianpin Trade Co.,Ltd. | championgifts |
| 7 | Ningbo Chung Kung Precision Machinery Co., Ltd. | ckpm |
| 8 | Shenzhen Pinzwin Tech Co., Ltd. | cn1524296343igsm |
| 9 | Hangzhou Jinzha Electronic Commerce Co., Ltd. | cnjinzha |
| 10 | Dongyang Letsfun Outdoor Supplies Co., Ltd. | colorfun |
| 11 | Hefei Createbetter E-Commerce Co.,Ltd | creatbetter |
| 12 | Yiwu Curi Import&Export Co., Ltd. | curi |
| 13 | Yangjiang Derong Industry And Trade Co., Ltd. | derongwujin |
| 14 | Shanghai Dese Industrial Co., Ltd. | deseindustry |
| 15 | Shanghai SIRF Industrial Co., Ltd. | f-colour |
| 16 | Shanghai Sirf Industrial Co., Ltd. | f-colour1 |
| 17 | Shenzhen Fonvda Technology Trading Co., Ltd. | fenghuida |
| 18 | Yangjiang Yangdong Fuhai Technology Co., Ltd. | fullhi |
| 19 | Guangdong Absolute International Trade Co., Ltd. | gdabsolute |
| 21 | Hebei Shuoxin Trading Co., Ltd. | hebeishuoxin |
| 22 | Hefei Fengzhisheng Trade Co., Ltd. | hffzs |
| 23 | Henan Superfit Technology Co., Ltd | hnsuperfit |
| 25 | Yangjiang Homedailys Houseware Co., Ltd. | homedaily |
| 26 | Dongguan Huayue Business Co., Ltd. | homefelt |
| 27 | Yangjiang Hongxuan Industrial Manufacturing Co., Ltd. | hongxuan |
| 28 | Hope Shine Company Limited | hopeshine |
| 29 | Jiaxing Hertz Electrical Appliance Co., Ltd. | hzmfg |
| 30 | Hangzhou Yuanji Gift Co., Ltd. | initigift |
| 31 | Wuxi Ivy Trading Co., Ltd. | ivytools |
| 32 | Guangdong Jinda Hardware Products Co., Ltd. | jdrimei |
| 33 | Nanjing Jiaye Gift Company Limited | jiayegifts |
| 34 | Yangjiang Jinhaiyue Industry & Trade Co., Ltd. | jinhaiyue |
| 35 | Shenzhen Pinzwin Tech Co., Ltd. | joyathome |
| 36 | Yangjiang Zhuoyao Kitchenware Co., Ltd. | joyhomekitchen |
| 38 | Fujian Auplex Kamado Grill Co., Ltd. | kamado |

| 39 | Foshan Nanhai Keyo BBQ Industry Co., Ltd | keyobbq |
|----|-------------------------------------------|---------|
| 40 | Shenzhen Kunyuan Industrial Co., Ltd. | kunyuanindustrial |
| 41 | Guangzhou L&J Trading Co., Ltd. | lj-bbq |
| 42 | Shenzhen Longlito Trading Co., Ltd. | longlito |
| 43 | Yangjiang Jiangcheng Hasen Industrial & Trade Co., Ltd. | madeinhasen |
| 44 | Guangzhou Multiwin Technology Co., Ltd. | matthewin |
| 46 | Ningbo Guangmu Hardware Co., Ltd. | nbguangmu |
| 47 | Huizhou Yongli Industrial Co., Ltd. | ngeva |
| 48 | Henan Ocean Power Housewares Co., Ltd. | ocpo |
| 49 | Yiwu Aojing E-Commerce Firm | okingoner |
| 50 | Yangjiang Jiangcheng Olycoop Kitchenwares Co., Ltd. | olycoop |
| 51 | Market Union Co., Ltd. | onlinesupplier |
| 52 | Xinghua City Quanrui Metal Products Co., Ltd. | qrjs |
| 53 | Guangdong Reason Industrial Co., Ltd. | ruiss |
| 54 | Foshan Ruixinfeng Metalworks Co., Ltd. | rxf168 |
| 55 | Shenzhen Shiren Technology Co., Ltd. | shirencamping |
| 56 | Jiangsu Veik Technology & Materials Co., Ltd. | shwlk |
| 57 | Yangjiang Starllen Industry & Trading Co., Ltd. | starllen |
| 58 | Huizhou Suan Technology Co., Ltd. | suansure |
| 59 | Sunlife Enterprises (yangjiang) Ltd. | sunlifeware |
| 60 | Huizhou Yuekeda Technology Limited | sunsky2 |
| 61 | Shenzhen Benhaida Rubber & Plastic Products Co., Ltd. | szbhd |
| 62 | Shenzhen Maiqijia Home Co., Ltd. | szmjltd |
| 63 | Shenzhen Maiqijia Home Co., Ltd. | szmjltd3 |
| 64 | Shenzhen Maiqijia Home Co., Ltd. | szmjltd4 |
| 65 | Suzhou Saisu Technology Co., Ltd. | szsaisu |
| 66 | Xiamen Tekl Interprises Co., Ltd. | teklltd |
| 67 | Shenzhen Tilanda Houseware Technology Co., Ltd. | tilanda |
| 68 | Zhejiang TSRT Supply Chain Co., Ltd. | tsrt888 |
| 69 | World Backyard (Shenzhen) Network Technology Co., Ltd. | worldbackyard |
| 70 | Dongguan Xiusi Auto Accessories Co., Ltd. | xiusi |
| 72 | Yangjiang Xingye Hardware Products Co., Ltd. | xyj |
| 73 | Yangjiang Yinhao Houseware Co., Ltd. | yinhaohouseware |
| 74 | Yangjiang Baixute Commodity Co., Ltd. | yjbss |
| 75 | Yangjiang Yangdong District Caida Plastic & Hardware Products Factory | yjcaida |

| 76 | YangJiang DongHui Industry & Trade CO.,LTD. | yjdh |
|---|---|---|
| 77 | Yangjiang Hengxing Hardware Co., Ltd. | yjhengxing |
| 78 | Yangjiang Jimei Industry Trade Co., Ltd | yjjimei |
| 79 | Yangjiang Jucheng Industry And Trade Co., Ltd. | yjjucheng |
| 80 | Yangjiang Risesun Industries Limited | yjrisesun |
| 81 | Yangjiang Shengjiu Industry & Trade Co., | yjshengjiu |
| 82 | Yangjiang Soon Well Trading Co., Ltd. | yjsoonwell |
| 83 | Yangjiang Shenyi Economic & Trade Co., Ltd. | yjsyet |
| 84 | Yangjiang Unitedpeople Plastics & Hardware Co., Ltd. | yjtongren |
| 85 | Yangjiang Jiangcheng Suisen Industry & Trade Company Limited | yjwinsun |
| 86 | Yangjiang Yangdong Yeyang Hardware Products Co., Ltd. | yjyeyang |
| 87 | Yangjiang Yoga Kitchenware Co., Ltd. | yjyoga |
| 88 | Yangjiang Zhiyuan Hardware&Plastic Products Co., Ltd. | yjzhiyuan |
| 89 | Dongguan Yusen Industrial Co., Ltd. | yusen2021 |
| 90 | Yiwu Fengqing Toy Co., Ltd. | ywfqzm |
| 91 | Yangchun Zhiyan Houseware Manufactory Co., Ltd. | zhiyan-houseware |
| 92 | Zhengzhou Wecare Glove Company Ltd. | zzwecare |
| 93 | Wholesaler2011 Store | 105709 |
| 94 | LUCKILY DAYS Store | 428286 |
| 95 | Shenzhen Huakun Technology Co., Ltd. | 527243 |
| 96 | scarf huang's store | 716357 |
| 97 | Moon Queen Store | 1309108 |
| 98 | BINGHAO Store | 1316229 |
| 99 | futureline9 Store | 1354323 |
| 100 | Cool Living Online Store | 1798841 |
| 101 | Lady Beauty Store | 1905349 |
| 102 | NGAI Official Store | 1921332 |
| 103 | TOP House-Decoration&Garden Shop Store | 2342330 |
| 104 | Ali ZMLHM Houseware Store | 2655027 |
| 105 | Worldwide Decoration Store Store | 2656226 |
| 106 | KAYCROWN Store | 2785013 |
| 107 | Fabolley Store | 2796100 |
| 108 | My little grocery Store | 2918045 |
| 109 | Illuminate Your Life Store | 2970057 |
| 110 | For your choices Store | 3093118 |
| 111 | It is up to you Store | 3115016 |
| 112 | Merry Mart In There Store | 3122041 |

| 113 | Go To Ho-me Improvement World Store | 3188071 |
| 114 | Comfortable Your life Store | 3221107 |
| 115 | B-est Tools Co-lorful Lighting Store | 3257051 |
| 116 | FAIS DU Living Museum Store | 3257059 |
| 117 | Ivy Day Day Up Store | 3895020 |
| 118 | Vktech Petall Store | 4042108 |
| 119 | Meijiale Store | 4067005 |
| 120 | JessyMagic Store | 4418063 |
| 121 | LoveOurLife Store | 4422076 |
| 122 | Doraon's Pocket Store | 4427221 |
| 123 | Comfort Villa Store | 4435002 |
| 124 | Mwarm House Store | 4440040 |
| 125 | welcome your house Store | 4539016 |
| 126 | Warm House Life Store | 4643038 |
| 127 | VCTECH Global Direct Store | 4647153 |
| 128 | Winnereco GlobalHome Tool Store | 4662048 |
| 129 | grill guru Store | 4992189 |
| 130 | Specialty Store for Kitchen Supplies Store | 4998468 |
| 131 | Happiness Fossa Store | 5000364 |
| 132 | AlikeUNlike Store | 5053107 |
| 133 | SYLHome Store | 5056042 |
| 134 | Shop5067365 Store | 5067365 |
| 135 | Outdoor Product Store | 5073307 |
| 136 | WalGrill Store | 5082041 |
| 137 | Cosy-Zone Store | 5087112 |
| 138 | EthanNeed Store | 5090037 |
| 139 | Tool Dropshipping Store | 5105100 |
| 140 | Joanna's Tool Store | 5116046 |
| 141 | Welcome to Your Store | 5189036 |
| 142 | Is your Ho-me Store | 5216023 |
| 143 | B-lue life Store | 5218014 |
| 144 | Cheerful Life Store | 5251096 |
| 145 | Secret of life Store | 5256195 |
| 146 | Machine State Store | 5485106 |
| 147 | Shop5587491 Store | 5587491 |
| 148 | HomeMax Store | 5598318 |
| 149 | House Light Life Store | 5624366 |
| 150 | CXF Store | 5635068 |
| 151 | Light life HomeImprovement Store | 5637372 |

| 152 | Good Life Commodity Store Store | 5652019 |
|-----|-------------------------------|---------|
| 153 | The DecorHome Store | 5656011 |
| 154 | Augenstern Store | 5667038 |
| 155 | LILIHappy Store | 5729114 |
| 156 | N.Y.P Official Store | 5730222 |
| 157 | SWISSANT Store | 5777013 |
| 158 | Yztera Kitchenware Store | 5779449 |
| 159 | Shop5794022 Store | 5794022 |
| 160 | Triple-Nice Store | 5842056 |
| 161 | Kitchen H-ome Garden drop shipping Store | 5878321 |
| 162 | Global Life Online Store | 5883785 |
| 163 | Shop5886204 Store | 5886204 |
| 164 | Mortyy Store | 5888332 |
| 165 | Make your life Store | 5888358 |
| 166 | Leisure clouds Store | 5888895 |
| 167 | Veryhome Decor Store | 900233004 |
| 168 | Healthy Exercise Store | 900237324 |
| 169 | KISDE Store | 900241098 |
| 170 | Factory Service For Customer Store | 900245256 |
| 171 | Olson Scarlet Store | 910318197 |
| 172 | Fan Daily necessities Store | 910325054 |
| 173 | Outdoor Entertainment Products Store | 910329045 |
| 174 | KK General Merchandise Store | 910336350 |
| 175 | Machin Lingerie Store | 910356232 |
| 176 | Response Store | 910372223 |
| 177 | AG82 Store | 910450072 |
| 178 | Shop910453068 Store | 910453068 |
| 179 | Shop910560311 Store | 910560311 |
| 180 | Funny Life Heal Store | 910564067 |
| 181 | Wheats House Store | 910748106 |
| 182 | Anita Ogpu Store | 910832001 |
| 183 | Sams Department Store | 910955011 |
| 184 | 516suyanjun Store | 911036237 |
| 185 | 00 living surroundings Store | 911042169 |
| 186 | FamilyMarket Store | 911049087 |
| 187 | Yurihomes Grocery Store | 911054007 |
| 188 | Ayigge Store | 911062234 |
| 189 | QL QL 6 Store | 911073007 |
| 190 | ZSH General Merchandise Store | 911150009 |

| 191 | BBQHOME Store | 911186159 |
| 192 | PINKKY Store | 911265307 |
| 193 | Dear Friend Store | 911318005 |
| 194 | Surprisingly Beautiful Store | 911333022 |
| 195 | Spicy strips Store | 911385112 |
| 196 | Heartkey Store | 911411675 |
| 197 | Heartbeat Signals Store | 911413572 |
| 198 | Shop911420255 Store | 911420255 |
| 199 | Comfort Homeware Store | 911421252 |
| 200 | Outdoor Riding4 Store | 911441110 |
| 201 | B-HOME Store | 911522221 |
| 202 | Poetic Art Store | 911549172 |
| 203 | Cocina Exquisita Store | 911757662 |
| 204 | Xiyingbar Store | 911776321 |
| 205 | Comfort House Supplies Store | 911784403 |
| 206 | AISITIN Official Store | 911810139 |
| 207 | 19th Floor Lifestyle Store | 911834164 |
| 208 | ExquisiteKitchen Store | 911840014 |
| 209 | Yoyolin Store | 911842076 |
| 210 | GemGenky Store | 911872524 |
| 211 | Cloudapex Globle House Store | 911884132 |
| 212 | Qi-Le-Duo Store | 911900180 |
| 213 | G-MCO Store | 911911088 |
| 214 | MO TZ Store | 911934472 |
| 215 | You Zhong Fangqing Store | 912028210 |
| 216 | GOODUNITE2 Store | 912030449 |
| 217 | STAMAYO Store | 912161144 |
| 218 | ChengDu Lifestyle Store | 912169560 |
| 219 | HF Convenient life Store | 912185471 |
| 220 | Duoduo Accessories Store | 912241094 |
| 221 | 100%Funhome Store | 912257060 |
| 222 | Leisurely life grocery store Store | 912259602 |
| 223 | Hi My Tools Store | 912374702 |
| 224 | AISITIN Authorized Store | 912398433 |
| 225 | Sunbbingsp | A10MGRL4HN1C20 |
| 227 | Orfaty | A11UTBR1Z6DGTA |
| 228 | PAYONMY | A12UHXH31TWTH7 |
| 229 | SAYUNALA[US 3-6 days delivery] | A13SO4MVMO8OOJ |
| 231 | vayefika | A141CBK54A9CXR |

| 232 | LDXZPX | A14N7L631UUDWM |
|---|---|---|
| 233 | Sfuzwg | A15H582AH7529A |
| 234 | Jiuzheng-EU | A15WVAC5VTOX2I |
| 235 | Hengyue Store | A1628G8BL7FVKN |
| 241 | huzonghuadedian | A1ADYUFX9E4P21 |
| 242 | Sinzau-EU | A1AVJGED9RVQYU |
| 243 | hylifestore | A1CFUMXVF1IYHB |
| 244 | Estimare | A1G11B2M79D3IU |
| 245 | DUBENS CA | A1G8VYXRM7C4U |
| 246 | yibomaoyi | A1HHFY3LCTE056 |
| 249 | DIANXUANTING | A1IUCZCG0LQOM4 |
| 250 | Tr-box | A1JAMJEXV96GKH |
| 251 | Kyauka rai | A1JQEXB2HEK4K8 |
| 252 | CA'Newtrade | A1KAOB8Y8EER38 |
| 253 | Sunshine World Boutique | A1LGQDZ4MRM6N |
| 254 | junfengOZ | A1LO78WXLKV3ZG |
| 255 | Xiaomoyu | A1M961NQAQ0BZE |
| 256 | outdoormaker | A1MGQR3Z319GZE |
| 257 | snyzcg | A1MUIHEK5TK9N |
| 259 | yi xin feng | A1O5KPI4KZK3RN |
| 260 | Dong Fang Xiong | A1PFRJXB8319DC |
| 261 | ASUOT | A1QJND221QUY6I |
| 262 | NANA TRADE | A1R1KGQ951A2IY |
| 263 | FcYuhua | A1RIKXA054DVT |
| 264 | CNYMANY | A1TB43F030M3UD |
| 265 | HGMO | A1TKA5S004RSWS |
| 266 | JianShiQinChangShangMaoYouXianGong | A1U0LKLROMM29L |
| 267 | GoodviewCo | A1V8VD992SNV3Q |
| 268 | Eyvynd Trade | A1VTB39R5IBH5Z |
| 269 | YONGE WAREHOUSE | A1WLBL6Q4UIYT6 |
| 270 | X-WAY | A1X1CBQWXF6ZDT |
| 271 | MENGYOUMENG | A1Y6BQQKIZRGWA |
| 272 | chengduyijikunshangmaoyouxiangongsi | A1YGON4W3XHD3B |
| 273 | XsyAy | A1Z4F8Z48RUHPC |
| 278 | Jingbang | A25RY1WFKCPZQY |
| 279 | DeliaWinterfel | A26AWIJHPM9SSX |
| 280 | CaiYing | A2785OG1DZX6M3 |
| 281 | JMMQ | A27ZJ2PQUFMI62 |
| 282 | fengyushengshangmao | A28BFF4PQUVFRJ |

| 285 | Jinyuanchao | A2EDWLS2O1V2PD |
| 286 | Jieddey | A2EELQK9IUAFO |
| 288 | ZOMBOOS | A2FSFHVS5IV2U5 |
| 289 | Demarkt | A2G0W5Q50UPYS7 |
| 290 | DBAILY | A2GB3RWVB1QY20 |
| 291 | Tuobaoup | A2GRG6EEJD69X5 |
| 292 | Deyix | A2HGSVWQZZNBZ9 |
| 294 | Bateconli US | A2JV69Z31Q9EQL |
| 295 | ObrigadoUS | A2KSECN6R41XVV |
| 296 | Potatowedges | A2LNJBOLWL64WA |
| 297 | Jubo Bio | A2M2YKJ4PIHKYG |
| 298 | shenzhenshijumaimaoyiyouxiangongsi | A2MR7OSY12OPC |
| 299 | axmxsd | A2N21X6RRI8DK4 |
| 301 | RuiKun | A2NG5S5QPDLHU5 |
| 304 | Daisyaner | A2RD70R27EE7TP |
| 305 | leisiwei | A2SJQNCH5Y9Z58 |
| 307 | yuandikeji | A2TMWNXSUWPD1U |
| 308 | ZhiNengSuliao | A2U8NGLPSHZZ5M |
| 309 | Dune UK Store | A2UTMVSYACAE6H |
| 310 | zhengzhoubiaoqiwangluokejiyouxiangongsi | A2VWMF796N2TGS |
| 312 | integrity.1 | A2ZXO9DYPSZPKK |
| 313 | HEIYOUNG | A31R4OCDK4SLLI |
| 314 | beyonday | A320SC75LMQRHW |
| 317 | Luckypaw2 | A375VEAXVRF0ND |
| 318 | Genuin-CAqestore | A37JJH64IG8P7Y |
| 319 | QianShu online | A3934Y6DKPZWR0 |
| 320 | TENFUN | A393AFXSFA6MZ9 |
| 321 | Shujunbaihuo | A3APJ4GBLJIAW2 |
| 322 | dianjapan | A3C2MT4IXQ1UBC |
| 323 | Quality Alliance | A3D2A85G8A73F5 |
| 324 | TailboxDirect | A3FRYLGC9BJZQX |
| 325 | MollyZillahEU | A3GVHIDG90YB41 |
| 326 | YUYAOO | A3HWUXKC8I7HAH |
| 327 | YLINGSU | A3IXFILVSLERI1 |
| 328 | FUZERUI | A3K1BDKWHGLS6 |
| 330 | letuhui01 | A3M9VA9QH52A4L |
| 331 | GIKLUB | A3MK4V4UUR23KX |
| 332 | LIUYAN-US | A3MTGA5RSESW3U |
| 334 | kunvitorL | A3NUX59W76WA6A |

| 335 | Wheaton Store | A3O1YWOPX4DK5C |
| 336 | GGYY-EU | A3O8B558BA4IKX |
| 337 | ÔºàDelivery 7-15 daysÔºå BY US iaiminer | A3Q3OM0ASOXTH5 |
| 338 | Vida Viva Home | A3Q85MYF7GKUJS |
| 339 | EASY FASHION | A3QUKMC3D0EOOS |
| 340 | BESHGB | A3RQYGH645JE3L |
| 341 | yanyuan96434 | A3S1C7T6WTDWOO |
| 342 | Jiangsu Gaofu Xinxi Keji Youxian Gongsi | A3S7IG2C6HMUGE |
| 343 | wnlj | A3SPPG3I56CSSW |
| 345 | One Club | A44AAV93S40HW |
| 346 | ElijahJohn | A4IWXMCR33UN |
| 347 | Kusonkey Office | A50824FQ7NF5G |
| 348 | jinyatu | A58L787G2AJ1N |
| 349 | RC Trending Store | A5SJJGU19QJIO |
| 351 | sunnydirect | A6PVQ3MCEAQ1Y |
| 352 | FURANDE | A7BEMDUUPCLTM |
| 353 | Kunstamoon | A7QO0RY9YWL8U |
| 354 | Mengyuan Zhang01 | A8V6J3E7A4CZA |
| 356 | Homeesh Store | AAFI8H7E2QKHI |
| 357 | VEINARDYL | AAOIMMBOY1PSZ |
| 358 | hanXie | ACXKPHCBUJYAY |
| 362 | YONGRUIMENSHIBU | AGIB0F1Y5P9V0 |
| 363 | FLOVEME wangus | AHF34F558HMEB |
| 364 | NTUOO | AHY1SMLEHC7ZP |
| 365 | Psiso Direct | AJTF378FGW3M4 |
| 366 | Antcher | AKWLTEHZ4NN77 |
| 367 | Yocksport | ALAZCMNB5QJKH |
| 370 | Zhanglinnaxiaodian | AORPOQR7U8WID |
| 371 | hongyaomeiwei | APEM2O9EUZK9Y |
| 372 | MRL2008 | APO7D0UE238SY |
| 373 | OOK Store | AQCUSMKPW2IX6 |
| 375 | KangXiMaoYi | ATPPDG9PKA3WS |
| 378 | Dorota Zanna | AWJ1Z6UJ76R2P |
| 379 | Abdula | 14370337 |
| 380 | Hat Scarf Factory Store | 14774574 |
| 382 | wchauto2017 Store | 20718795 |
| 383 | Wusy_store | 21544114 |
| 384 | xhlight | 21551388 |
| 389 | 7836050 | 7836050 |

| 391 | 946store | 946store |
| 392 | arilara_3 | arilara_3 |
| 393 | azhu399093 | azhu399093 |
| 394 | bargainbuys56 | bargainbuys56 |
| 395 | bebebaba8181 | bebebaba8181 |
| 396 | bestchoice190 | bestchoice190 |
| 397 | bestinspiringuk | bestinspiringuk |
| 398 | blu.fashion20 | blu.fashion20 |
| 399 | blue.garden7 | blue.garden7 |
| 400 | c-fashion2020 | c-fashion2020 |
| 401 | ceyexpress | ceyexpress |
| 402 | chinth | chinth |
| 403 | ckavindika | ckavindika |
| 404 | come.home20 | come.home20 |
| 405 | congta-90 | congta-90 |
| 406 | craft-diy | craft-diy |
| 407 | dalistore | dalistore |
| 408 | damjayas66 | damjayas66 |
| 409 | dceta1-60 | dceta1-60 |
| 410 | dfqzu0-70 | dfqzu0-70 |
| 411 | dl_web_mart | dl_web_mart |
| 413 | ever_best | ever_best |
| 414 | familylemontree-2 | familylemontree-2 |
| 415 | fanhua.jgarden | fanhua.jgarden |
| 416 | feijie19 | feijie19 |
| 417 | fineship-1 | fineship-1 |
| 418 | flowersuring8 | flowersuring8 |
| 419 | funny.jgarden | funny.jgarden |
| 420 | gadgetscloud | gadgetscloud |
| 421 | gaiji-44 | gaiji-44 |
| 422 | get-industry | get-industry |
| 423 | goldbird333 | goldbird333 |
| 424 | goodlife-22 | goodlife-22 |
| 425 | goodsky-2 | goodsky-2 |
| 426 | gre.fashion20 | gre.fashion20 |
| 427 | green.garden7 | green.garden7 |
| 428 | h-fashion2020 | h-fashion2020 |
| 429 | ha-smile-2 | ha-smile-2 |
| 430 | ha-smile-3 | ha-smile-3 |

| 431 | ha-smile-4 | ha-smile-4 |
| 432 | haq-trade | haq-trade |
| 433 | home-lifebang | home-lifebang |
| 434 | home-lifehao | home-lifehao |
| 435 | hot.p_55 | hot.p_55 |
| 436 | i-fashion2020 | i-fashion2020 |
| 437 | j.garden-2 | j.garden-2 |
| 438 | johnybiz | johnybiz |
| 439 | joshua_2759 | joshua_2759 |
| 440 | jri118 | jri118 |
| 441 | jueying_7 | jueying_7 |
| 442 | jumpy_love | jumpy_love |
| 443 | loveruiming-3 | loveruiming-3 |
| 444 | loveruiming-4 | loveruiming-4 |
| 445 | mana_store | mana_store |
| 446 | meili.jgarden | meili.jgarden |
| 447 | ofmsxl8-51 | ofmsxl8-51 |
| 448 | premier_mart_official | premier_mart_official |
| 449 | prosperoussoul-1 | prosperoussoul-1 |
| 450 | prosperoussoul-5 | prosperoussoul-5 |
| 451 | psgtoi-88 | psgtoi-88 |
| 452 | ravdil-60 | ravdil-60 |
| 453 | red.fashion20 | red.fashion20 |
| 454 | rushinternational | rushinternational |
| 455 | sahasithumin_3 | sahasithumin_3 |
| 456 | screationkco | screationkco |
| 457 | shang-cn6 | shang-cn6 |
| 458 | shangya_69 | shangya_69 |
| 459 | shoes.kingdom | shoes.kingdom |
| 460 | silentmusic1666-3 | silentmusic1666-3 |
| 461 | surprise_gift2 | surprise_gift2 |
| 462 | thrift_show | thrift_show |
| 463 | thushara_96 | thushara_96 |
| 464 | tianmen.mountain | tianmen.mountain |
| 465 | traditional.music20 | traditional.music20 |
| 467 | value-for-pound | value-for-pound |
| 468 | venodeals | venodeals |
| 469 | wendyjoe-3 | wendyjoe-3 |
| 470 | wixo17-48 | wixo17-48 |

| 471 | wooo-fashion | wooo-fashion |
| 473 | wutai.mountain | wutai.mountain |
| 474 | wuyi.mountain | wuyi.mountain |
| 475 | xaqgjg529 | xaqgjg529 |
| 476 | xedstore.3 | xedstore.3 |
| 479 | your-e-happiness | your-e-happiness |
| 480 | yujun21 | yujun21 |
| 481 | yuki.shop-fr | yuki.shop-fr |
| 482 | zizha-17 | zizha-17 |
| 483 | ZKG1990 | 60e421983fe62e21a3e86300 |
| 484 | Supermall | Supermall |
| 485 | yuanxintong | yuanxintong |
| 486 | W & F Trading | 9005499 |
| 487 | Songzhen | 13295484 |
| 488 | Youhuaxin | 101043397 |
| 489 | YunDaPeng | 101043415 |
| 490 | SHENZHENSHI GENUOEN DIANZI SHANGWU YOUXIAN GONGSI | 101043417 |
| 494 | Lubelski | 101044605 |
| 495 | Hangzhou Feidie Technology Co., Ltd. | 101044674 |
| 496 | shenzhenshimeihuidawangluokejiyouxiangongsi | 101044684 |
| 497 | Shenzhen Seenda Technology Co., Limited | 101066559 |
| 498 | Shenzhen Lingxi Technology Co Ltd | 101073949 |
| 499 | shenzhenshiyuekedianzishangwuyouxiangongsi | 101076928 |
| 500 | shenzhenshishiwangtongdianzishangwuyouxiangongsi | 101077258 |
| 501 | FW HOPE | 101080229 |
| 502 | Toutek | 101080570 |
| 503 | Simday LLC | 101081250 |
| 504 | Akloker | 101081270 |
| 505 | shenzhenfeifanshengnongchanpinmaoyiyouxiangongsi | 101086049 |
| 506 | Shenzhenshi Chengtongqin Keji Youxiangongsi | 101088200 |
| 507 | Everpert | 101089386 |
| 508 | Coquimbo store | 101091344 |
| 509 | Yimaxian | 101091951 |
| 510 | Clearance Shop | 101092255 |
| 511 | Top Store | 101092479 |
| 512 | Mumaoyi INC | 101095805 |

| | | |
|---|---|---|
| 513 | Oyzv | 101097609 |
| 514 | Pengpeng | 53ec8f3a1c105e1f58426edd |
| 515 | lotusheart | 5438bc097541ce32a67aa459 |
| 516 | Right2save | 555f03e00bd92822e5e01684 |
| 517 | 1 dollar buy | 558bcb0fd08eac401565f3cb |
| 518 | heroine | 55915c2b7b59a74046bbde9f |
| 519 | 24 Hours Shopping International | 55a6ca41d20f230d802f0cb8 |
| 520 | dingdangs | 566a6b35e9fa8a31d1ef579b |
| 522 | digital2018 | 56fa2a993834f15a7036f825 |
| 523 | kaipuhomelife | 5837e3990299bc07ed749b17 |
| 524 | Bad_boy | 58383d0f0d4463478e89ea49 |
| 527 | pigjiagood | 58b8278c96f1bb59f6d1cbfc |
| 528 | WeiyeIndustry | 58ca2812f2579750f5b2424c |
| 529 | prettytough | 59845eefec40ae0c74c36610 |
| 530 | fastlengthen | 59f83234dd0329716eb041ce |
| 531 | Ytuqinganhao | 5abb99079d5e97750fafc401 |
| 532 | jujueun | 5abcaa4de053882ee739a4cb |
| 533 | Yu Min Store | 5ac9e5e597223312a91fb4fb |
| 534 | BeHappyWithMe | 5ad80c31abef9538ca417aac |
| 537 | qws32 | 5b3de450038595176c722296 |
| 538 | likeic | 5b6aacda982ed8168ea5dc6c |
| 540 | warmhome999 | 5cb97106b543cf743063b463 |
| 542 | FerdinandmVkEjL | 5d42d7068388970ce82a4e70 |

| | | |
|---|---|---|
| 543 | makeyourfashion | 5d455cf84c78557c13a b8461 |
| 544 | onononon | 5d480abe70327a3099 efd1ee |
| 545 | Gravity room | 5d4ed369152754763f ad50b8 |
| 546 | tiydofu | 5dd4c6d34cc6678140 42a911 |
| 547 | qonsuien | 5df069f67d40ef0a5a9 788b9 |
| 548 | ASda78fh | 5e0af6cf4c3c9d03926 8c351 |
| 549 | WayWant | 5e1315205d69490be1 8fe012 |
| 550 | s0fwlhf | 5e5663e34c653d99fe2 2ad30 |
| 551 | jhfli88wh | 5e56658b4c653d9b7f2 2ac55 |
| 552 | van cuong | 5e63623200ff37595f8f 3ea8 |
| 553 | PinpingshanyitT | 5e69f24f1886441640c 8aa63 |
| 554 | H.Huali | 5e75fa8029e7863a5c5 5bdcc |
| 555 | lawrencebt22rm6 | 5e80acb036e4b823c0 d325ac |
| 556 | llewellyns49ue1x | 5e80acda93fb008a0dc a7946 |
| 557 | marty017u3zuvn | 5e80b2a1b6aaab6b73 021e67 |
| 558 | Palaci Store | 5e84210429e7865bb2 fb5e10 |
| 559 | Elizabethdg | 5e897f1deb5454c8f7c 041eb |
| 560 | Terri Conley | 5e932bada93effadf94 7936f |
| 561 | ghgfphxzxz | 5e9e849f155fbbc0c85 af98b |
| 562 | wangxiaofa | 5eae71920b85d775b9 238a7c |
| 563 | Zzhuang | 5eb0d6c8d0de896350 c847c0 |
| 564 | quythuong14 | 5ebe48a20e1c660200 92eeb3 |
| 565 | YYL5664 | 5ecce15029e7860bc0 dbc9e0 |

| | | |
|---|---|---|
| 566 | vanduonghg20 | 5ed5ebf635194b737f9 5cca4 |
| 567 | CXLlouis | 5ef5c2eff6fc54e92e0e 8b3e |
| 569 | Liaoyuqing0915 | 5f8aae36d4183287f5c dce98 |
| 570 | maritonucleus | 5f8ddf327d0a105b9a9 674bb |
| 571 | enzymopathy | 5f8df215db05349d2d5 9bb11 |
| 572 | chenjunwei999 | 5f92359597a3c878f65 90e54 |
| 573 | DOOOLIN | 5fa656074a2c0570d37 26694 |
| 574 | sachusve | 5fc8d0a5e74ab314f61 ace25 |
| 575 | Defensester | 5fd381a0c64c70806c7 6a9ba |
| 576 | hardNonto | 5fd91ad5dff84fec96ad 2543 |
| 577 | KidsMart2 | 5fd922ff686bfaf6f49be 926 |
| 578 | voxrio | 5fd9ef367ead1968078 b103a |
| 579 | pasareladedicada | 5fda5e2f4eed9154283 702b9 |
| 580 | Themixe | 5fda90780f281c8b07d a9e93 |
| 581 | Mistreslindas | 5fdbb694aae4ca3183d 4ed65 |
| 582 | Show33 | 5fdbff1aef7873270347 6b4f |
| 583 | MoonnsShop | 5fe154fc1ae9ef15c931 e486 |
| 584 | jolianne | 60110364a2e10b0952 c7ea5b |
| 585 | Maurdeals | 601301d5f6c44cc4cab 3d90b |
| 586 | baijunqi | 603476f3ddca6a23007 fff01 |
| 587 | furongxia7890 | 6034c3bb4ad4973886 502527 |
| 588 | Hlyv7h | 6062c3a86994390419 956598 |
| 590 | wangxiaohang7717 | 60657e23bd63b17040 c776ab |

| 591 | panmeili8321 | 606598da4090839b4b07e609 |
|-----|--------------|--------------------------|
| 592 | ScrewStore | 6093afa78b7e45e49636cf01 |