# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Bear Paw Products, Inc. ) | |
| ) | Case No. 21-cv-6027 |
| v. ) | |
| ) | Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Sunil R. Harjani |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 352 | FURANDE | A7BEMDUUPCLTM |

dismisses them from the suit without prejudice.

Dated this 15th Day of November 2022.          Respectfully submitted,

                                         By:    s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record
                                                Counsel for Plaintiff

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.
                                                (312) 873-4377 f.
                                                david@gulbransenlaw.com